IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

A.L. and A.B., minors, by and through
their friend, parent, and guardian
James Daniel Luster                                                                     PLAINTIFFS

v.                                                                  CAUSE NO. 1:18CV76-LG-RHW

ANTHONY HOLLIDAY, ET AL.                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Luster's claims pursuant to 42 U.S.C. § 1983 against Jess Dickinson are **DISMISSED with prejudice** in his individual capacity and **DISMISSED without prejudice** in his official capacity. Plaintiff Luster's claims pursuant to 42 U.S.C. § 1985 and 18 U.S.C. §§ 241 and 242 against Dickinson are **DISMISSED with prejudice**. The claims of minor children A.L. and A.B. against Dickinson are **DISMISSED without prejudice**, except the claims pursuant to 18 U.S.C. §§ 241 and 242, which are **DISMISSED with prejudice as frivolous**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Luster's claims against John Barnett and Glen East are **DISMISSED with prejudice**. The claims of minor children A.L. and A.B. against Barnett and East are **DISMISSED without prejudice**, except the claims pursuant to 18 U.S.C. §§ 241 and 242, which

are **DISMISSED with prejudice as frivolous**.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Luster's claims against Anthony Holliday are **DISMISSED with prejudice** in his individual capacity and **DISMISSED without prejudice** in his official capacity. Plaintiff Luster's claims pursuant to 42 U.S.C. § 1985 and 18 U.S.C. §§ 241 and 242 against Holliday are **DISMISSED with prejudice**. The claims of minor children A.L. and A.B. against Holliday are **DISMISSED without prejudice**, except the claims pursuant to 18 U.S.C. §§ 241 and 242, which are **DISMISSED with prejudice as frivolous**.

SO ORDERED AND ADJUDGED this the 25th day of September, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE